```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              BECKLEY DIVISION
```

**UNITED STATES OF AMERICA**

v.                                    Case Number: 5:09-cr-00189

**WILSON WATSON, JR.**

### O R D E R

At Charleston, on February 8, 2010, came the United States of America by John J. Frail, Assistant United States Attorney, and also came the defendant in person and by court-appointed counsel, Gary A. Collias, Esquire, for the purpose of a bond revocation hearing, based on the Petition for Action on Conditions of Pretrial Release.  Also present was Ted Philyaw, Chief United States Probation Officer.

There are two violations stated in the petition as reasons for revoking the defendant's bond: (1) a violation of law in that he allegedly distributed cocaine, a narcotic drug and (2) travel outside the Southern District of West Virginia.  Evidence for probable cause regarding the distribution of cocaine was presented through testimony in case 2:10-mj-00016 and the court found that probable cause was established.  The government did not address the allegation of traveling outside the Southern District of West Virginia and the defendant did not admit or deny this allegation.

It is hereby **ORDERED** that the Order Setting Conditions of Release is **REVOKED**.  Accordingly, it is further **ORDERED** that the defendant is remanded to the custody of the United States Marshal

pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTER: February 8, 2010.

Mary E. Stanley
United States Magistrate Judge